AO 91 (Rev. 11/11)　Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br><br>MICHAEL JOSEPH CAMBALIK<br><br>*Defendant(s)* | )<br>)<br>)　Case No. 3:25-mj-00114<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of December 4, 2024 in the county of Washington in the _____ District of Oregon, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) | Sexual Exploitation of a Minor; |
| 18 U.S.C. § 2252A(a)(2) | Receipt of Child Pornography; |
| 18 U.S.C. § 2422(b) | Coercion and Enticement |

This criminal complaint is based on these facts:

The attached affidavit of FBI Special Agent Aaron T. Eisner incorporated herein

☑ Continued on the attached sheet.

/s/ sworn by telephone
*Complainant's signature*

Aaron T. Eisner, FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 9:40 a.m.

Date: April 28, 2025

*Judge's signature*

City and state:　Portland, Oregon　　Hon. Stacie F. Beckerman, U.S. Magistrate Judge
*Printed name and title*